UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Andre Fuller, pro se

v.

Warden Shaw, et al.

----------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 5817 (LAK)(RLE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

- [ ] Specific Non-Dispositive Motion/Dispute:*
  _____
  _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

- [ ] Settlement*

- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____

- [ ] Habeas Corpus

- [ ] Social Security

- [x] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____

  All such motions: ✓

* Do not check if already referred for general pretrial.  ELLIS

SO ORDERED.

DATED: New York, New York
3/31/08

_____
United States District Judge