```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANDRE FULLER,

                    Plaintiff,

- against -

WARDEN SHAW, et al.,

                    Defendants.

NOTICE OF COURT CONFERENCE

07 Civ. 5817 (LAK) (RLE)

PLEASE TAKE NOTICE THAT A TELEPHONIC GENERAL PRETRIAL CONFERENCE IN THE ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR May 15, 2008, AT 11:00 A.M., BEFORE THE HONORABLE RONALD L. ELLIS, UNITED STATES MAGISTRATE JUDGE.

The scheduling of this telephone conference will enable the inmate to discuss the status of the pending action. On the morning of the conference, a telephone call will be place to the Correctional Facility from Carolyn Anne Rosencrantz, Assistant Corporation Counsel, then transferred to the chambers of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Once the inmate is made available by telephone at your facility (usually at a counselor's office), the conference will be held. We will contact your facility should there, be a delay in the conference date or time. Upon receipt of this request, if you need further information, direct inquiries to Michael Brantley, 212-805-0242.

                                                                The Honorable Ronald L. Ellis
                                                                United States Magistrate Judge

SO ORDERED
April 7, 2008