UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE FULLER,

                    Plaintiff,

- against -

WARDEN SHAW, et al.,

                    Defendants.

**ORDER**

07 Civ. 5817 (LAK) (RLE)

WILLIAM MOSES,

                    Plaintiff,

- against -

WARDEN SHAW, et al.,

                    Defendants.

**ORDER**

07 Civ. 5818 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference in 07 Civ. 5817, on May 15, 2008,

**IT IS HEREBY ORDERED THAT**

(1)    the discovery deadline for 07 Civ. 5817 and 07 Civ. 5818, be set for **September 1, 2008**; and

(2)    a telephone conference with the Court in 07 Civ. 5818 be held on **May 28, 2008 at 11:00 a.m.**

**SO ORDERED this 20th day of May 2008**
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge