UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8-20-08

ANDRE FULLER,                                          :
                                                      :
                              Plaintiff,               :
                                                      :                    **ORDER**
                    - against -                        :
                                                      :              07 Civ. 5817 (LAK) (RLE)
WARDEN SHAW,                                           :
                                                      :
                              Defendant.               :

**RONALD L. ELLIS, United States Magistrate Judge:**

Following correspondence by the Parties with the Court,

**IT IS HEREBY ORDERED THAT** the Parties appear for a telephonic conference with

the Court on **August 27, 2008, at 2:00 p.m.**

**SO ORDERED this 20th day of August 2008**
**New York, New York**

_____
**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**