USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-27-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE FULLER,

                Plaintiff,

     - against -

WARDEN SHAW, et al.,

                Defendants.

ORDER

07 Civ. 5817 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Parties before the Court,

**IT IS HEREBY ORDERED THAT** the discovery deadline be extended to **October 15, 2008**.

**SO ORDERED this 27th day of August 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge